UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TARIQ AHMAD,

                         Plaintiff,

    v.

JIMMY BETHAM, *et al.*,

                         Defendants.

Case No. 3:20-cv-00139-MMD-CLB

ORDER

Plaintiff filed the complaint in this action on February 28, 2020. (ECF No 1.)  The Court issued a notice of intent to dismiss Jimmy Betham and Al Hadi Zadeh aka Shekhol AslamZadeh Seyyed Hadi aka Hadi ShekholaslamZadeh aka Shekol Aslam Zadeh Seyed Hadi pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by July 1, 2020. (ECF No. 6.) To date, no such proof of service has been filed.

It is therefore ordered that the claims against Jimmy Betham and Al Hadi Zadeh aka Shekhol AslamZadeh Seyyed Hadi aka Hadi ShekholaslamZadeh aka Shekol Aslam Zadeh Seyed Hadi are dismissed without prejudice. Because these are the only identified Defendants in this case, the Clerk of the Court is directed to close the case.

DATED THIS 21st day of July 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE